CATHERINE E. AROSTEGUI, SBN 118756
BEESON, TAYER & BODINE, APC
520 Capitol Mall, Suite 300
Sacramento, CA 95814-4714
Telephone: (916) 325-2100
Facsimile: (916) 325-2120
Email: carostegui@beesontayer.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FEDERATION OF CALIFORNIA RACING ASSOCIATIONS, INC.,<br><br>Defendant. | Case No.<br><br>**EX PARTE APPLICATION TO REGISTER JUDGMENT FROM ANOTHER DISTRICT** |

Plaintiff, Northwest Administrators, Inc., hereby applies, ex parte, to register the attached certified Default Judgment from the United States District Court for the Western District of Washington in this Court, the United States District Court, Eastern District of California. This application is based on the attached Clerk's Certification of Judgment to be Registered in Another District and certified Default Judgment.

Dated: November 14, 2017                              BEESON, TAYER & BODINE, APC

                                                      By: _____
                                                          CATHERINE E. AROSTEGUI
                                                          Attorneys for Plaintiff

Ex Parte Application to Register Judgment from Another District
Case No.

698794.docx

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| Northwest Administrators Inc )  <br> *Plaintiff* ) <br> v. ) <br> Federation of California Racing Associations, Inc. ) <br> *Defendant* ) | Civil Action No. 2:17-cv-00972-TSZ |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 10/05/2017.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 11/06/2017

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. McCOOL
Clerk, U.S. District Court
Western District of Washington

By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | NO. C17-972-TSZ |
| Plaintiff, | DEFAULT JUDGMENT |
| v. | |
| FEDERATION OF CALIFORNIA RACING ASSOCIATIONS, INC., a California corporation, | |
| Defendant. | |

**Summary of Default Judgment**

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | Federation of California Racing Associations, Inc. |
| Principal Judgment | $7,938.33 |
| Liquidated damages | $1,587.67 |
| Interest to Date of Judgment: | $914.96 |
| Attorneys Fees: | $807.70 |
| Costs: | $485.00 |
| Other Recovery Amounts: | NONE |
| Percent Interest on Principal: | One and thirty-one hundredths of a percent (1.31%) per annum |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | Reid, McCarthy, Ballew & Leahy, L.L.P. |

THIS MATTER coming on for consideration upon Plaintiff's motion for default judgment, docket no. 8, against the Defendant, Plaintiff being represented by its attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., Defendant having failed to

DEFAULT JUDGMENT - 1

timely answer or appear, and the Court having reviewed Plaintiff's motion and the affidavit of Russell J. Reid and the exhibits thereto, and the Declaration of Jeremy Schumacher and the exhibits thereto, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff's motion, docket no. 8, is GRANTED, and Plaintiff is awarded default judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff's Trust by Defendant for its inclusive employment of members of the bargaining unit represented by Local 495 and 150 with which the Defendant has valid collective bargaining agreements, and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the audit period July 1, 2013 through June 30, 2016 and for the period July 1, 2012 through September 30, 2016:   for contributions of $7,938.33, for liquidated damages of $1,587.67, for pre-judgment interest of $914.96, for attorneys' fees of $807.70, and for costs of $485.00; all for a total of $11,733.66, together with post-judgment interest at the rate set forth in 28 U.S.C. § 1961.

JUDGMENT ENTERED this 5th day of October, 2017.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

Presented for Entry by:

/s/Russell J. Reid
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorney for Plaintiff

DEFAULT JUDGMENT - 2